

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00436-CV

**IN THE INTEREST OF N.N.C.** and G.L.N., Children

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA02273
Honorable Susan D. Reed, Judge Presiding[1]

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ORDERED that no costs be assessed against appellants in relation to this appeal.

SIGNED February 24, 2021.

_____
Rebeca C. Martinez, Chief Justice

---

[1] Senior District Judge, sitting by assignment.